UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>               Plaintiff,                    )<br>                                                        )<br>       v.                                            )<br>                                                        )<br>RODNEY RUSSELL PHILLIPS,   )<br>                                                        )<br>               Defendant.               )<br>_____ ) | Case No. CR00-0236-RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

      An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on May 9, 2006. The United States was represented by Assistant United States Attorney Susan Roe, and the defendant by Mr. Bruce Erickson. The proceedings were recorded on cassette tape.

      The defendant had been charged and convicted of Bank Robbery. On or about July 6, 2001, defendant was sentenced by the Honorable Robert S. Lasnik to a term of seventy-three (73) months in custody, followed by three (3) years of supervised release.

      The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, drug aftercare, alcohol abstinence, consent to search and seizure, financial disclosure, and restitution.

      In a Petition for Warrant or Summons dated April 11, 2006, and a Supplemental Violation Report dated May 5, 2006, U.S. Probation Officer Jerrod Akins asserted the following

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

violations by defendant of the conditions of his supervised release:

      (1)    Failing to report a change in residence, in violation of standard condition No. 6.

      (2)    Failing to report a change in employment, in violation of standard condition No. 6.

      (3)    Failing to participate in drug testing as instructed, in violation of the special condition requiring him to participate in a program for the treatment of narcotic addiction or drug dependency, which may include testing to determine if the defendant has reverted to the use of drugs.

      (4)    Consuming heroin on or before April 28, 2006, in violation of standard condition No. 7.

      (5)    Consuming alcohol, on or before April 28, 2006, in violation of the special condition that he abstain from the use of alcohol and/or other intoxicants during the term of supervision.

The defendant admitted to alleged violations numbers 1, 2, 3, 4, and 5.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, 3, 4, and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on Tuesday, May 16, 2006, at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of May, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Robert S. Lasnik
        AUSA:    Ms. Susan Roe
        Defendant's attorney:    Mr. Bruce Erickson
        Probation officer:    Mr. Jerrod Akins